IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ARTHUR DEPONTE,

    Petitioner,                   No. CIV S-07-0855 RRB EFB P

    vs.

T. FELKER, Warden, et al.,

    Respondents.               ORDER

    _____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 11, 2007, respondents requested an extension of time to file an answer. *See* Fed. R. Civ. P. 6(b). On October 12, 2007, respondents filed their answer.

    Good cause appearing, it is ORDERED that respondents' September 11, 2007, request is granted and respondents' answer is deemed timely filed. Petitioner's reply, if any, shall be filed within thirty days.

    So ordered.

Dated: October 29, 2007.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE