IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ARTHUR DEPONTE,

    Petitioner,                   No. CIV S-07-0855 RRB EFB P

    vs.

T. FELKER, Warden, et al.,

    Respondents.             ORDER

                                       /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 31, 2007, petitioner requested an extension of time to file his traverse. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's October 31, 2007, request for an extension of time is granted and petitioner has 30 days from the date this order is served to file his traverse.

Dated: November 6, 2007.

                                                EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE